IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00989-BNB

DEBRA APPLEWHITE,

    Plaintiff,

v.

CITY & COUNTY OF DENVER,
WELLS FARGO,
TCF BANK,
ROSS STORES,
WALMART, and
ROSS STORES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 5 2008

GREGORY C. LANGHAM
                   CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Debra Applewhite, initiated this action by filing *pro se* a Complaint. The court must construe the Complaint liberally because Ms. Applewhite is not represented by an attorney. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. See **Hall**, 935 F.2d at 1110. For the reasons stated below, Ms. Applewhite will be ordered to file an amended complaint.

The court has reviewed the Complaint and has determined that the Complaint is deficient because it does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the

plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Ms. Applewhite fails to set forth a short and plain statement of the grounds for the court's jurisdiction. In other words, Ms. Applewhite fails to identify the statutory authority that allows the court to consider the claims she is asserting in this action. Ms. Applewhite also fails to provide a short and plain statement of her claims showing that she is entitled to relief and she fails to include a clear demand for the relief she is seeking in this action. It is not clear why Ms. Applewhite is suing the named Defendants in this court in this action or what specific relief she is seeking from those Defendants. In short, the Complaint makes no sense.

For these reasons, Ms. Applewhite will be ordered to file an amended complaint. Ms. Applewhite is advised that, in order to state a claim in federal court, her amended "complaint must explain what each defendant did to him or her; when the defendant did

2

it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Ms. Applewhite file, **within thirty (30) days from the date of this order**, an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Applewhite, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Ms. Applewhite fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED May 15, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00989-BNB

Debra Applewhite
PO Box 18484
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on 5/15/08

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk