IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00989-BNB

DEBRA APPLEWHITE,

    Plaintiff,

v.

CITY & COUNTY OF DENVER,
WELLS FARGO,
TCF BANK,
ROSS STORES,
WALMART, and
ROSS STORES,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 3 2008

GREGORY C. LANGHAM
                CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Debra Applewhite initiated this action by filing *pro se* a Complaint. On May 15, 2008, Magistrate Judge Boyd N. Boland ordered Ms. Applewhite to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Ms. Applewhite was warned that the action would be dismissed without further notice if she failed to file an amended complaint within thirty days.

Ms. Applewhite has failed within the time allowed to file an amended complaint in this action and she has failed to respond to Magistrate Judge Boland's May 15 order in any way. Therefore, the complaint and the action will be dismissed without prejudice for failure to file an amended complaint as directed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to file an amended complaint as directed.

DATED at Denver, Colorado, this 1 day of July, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00989-BNB

Debra Applewhite
PO Box 18484
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/2/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk